UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN JAVIER RUIZ, | ) | NO. CV 20-4328-SVW (AGR) |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
|     Respondent. | ) | |

    Pursuant to the Order re Dismissal,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed.

DATED: March 22, 2021

_____
STEPHEN V. WILSON
United States District Judge